PALMER, LOMBARDI & DONOHUE LLP
DEVIN A. DONOHUE, SBN 190030
Email: ddonohue@pldlawyers.com
JEFFREY N. GOLDBERG, SBN 217555
Email: jgoldberg@pldlawyers.com
888 West 6th Street, 12th Floor
Los Angeles, California 90017
Phone: (213) 688-0430
Fax: (213) 688-0440

Attorneys for Respondent and Counter-Petitioner
BEAR, STEARNS & CO. INC.,
now known as J.P. MORGAN SECURITIES INC.

JS-6

FILED
CLERK, U.S. DISTRICT COURT

JAN 1 3 2010

CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIVINE H. WANG,<br><br>    Petitioner,<br><br>v.<br><br>BEAR, STEARNS & CO. INC., now known as J.P. MORGAN SECURITIES INC.<br><br>    Respondent.<br><br>BEAR, STEARNS & CO. INC., now known as J.P. MORGAN SECURITIES INC.<br><br>    Counter-Petitioner,<br><br>v.<br><br>VIVINE H. WANG,<br><br>    Counter-Respondent. | Case No. 2:09-cv-05731-GHK (CTx)<br><br>[~~PROPOSED~~] JUDGMENT |

[PROPOSED] JUDGMENT

IT IS HEREBY ADJUDGED and DECREED that judgment is entered in conformity with the arbitration award (the "Award") issued by the Financial Industry Regulatory Authority ("FINRA") Dispute Resolution arbitration panel in the binding arbitration between Respondent and Counter-Petitioner Bear, Stearns & Co. Inc., now known as J.P. Morgan Securities Inc. ("JPMSI"), and Petitioner and Counter-Respondent Vivine H. Wang ("Ms. Wang"), entitled *Bear, Stearns & Co. Inc., n/k/a J.P. Morgan Securities Inc v. Vivine H. Wang*, FINRA Arbitration No. 08-00892, as follows:

1. ~~Ms. Wang is liable for and shall pay JPMSI~~ *Judgment is awarded in favor of JPMSI & against Ms. Wang in* the ~~total~~ amount of the Award in the sum of $3,048,514.87;

~~2. Ms. Wang is liable for and shall pay JPMSI~~ post-Award, pre-judgment interest *on the above amount* at the legal rate of 9% per annum pursuant to New York Civil Practice Law and Rules Section 5004 (daily interest amount of $751.68) from the date of the FINRA Arbitration Award (June 9, 2009) until the date of this judgment for a total pre-judgment interest amount of *163,866.24; & post-judgment interest on the above sum & pre-judgment interest at the legal rate pursuant to 28 USC § 1961 from the date of this judgment until paid in full.*

IT IS SO ADJUDGED and DECREED.

Dated: 1/13/10

_____
The Honorable George H. King
United States District Court for the
Central District of California